

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00528-CR

Avshalom **COHEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 23-08-08658-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED October 23, 2024.

_____
Beth Watkins, Justice